## STATE OF CONNECTICUT *v.* PAUL MARCHITTO
### (AC 16558)

O'Connell, C. J., and Spear and Hennessy, Js.

Argued September 15—officially released October 7, 1997

Per Curiam. This case is controlled by *State* v. *Elliott,* 177 Conn. 1, 411 A.2d 3 (1979), and *State* v. *Vas,* 44 Conn. App. 70, 687 A.2d 1295, cert. denied, 240 Conn. 910, 689 A.2d 474 (1997).

The judgment is affirmed.

## GILBERI PARTNERSHIP *v.* DARRYL S. DAVIS ET AL.
### (AC 16385)

O'Connell, C. J., and Lavery and Schaller, Js.

Argued September 16—officially released October 7, 1997

Per Curiam. The judgment is affirmed and the case is remanded for the purpose of setting new law days.

## STATE OF CONNECTICUT *v.* DONNIE MCDANIEL
### (AC 16022)

Lavery, Landau and Daly, Js.

Argued September 17—officially released October 7, 1997

Per Curiam. The judgment is affirmed.